# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# CENTRAL DIVISION

| | |
|---|---|
| ANTONIO WEBB, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 07-4017-CV-C-NKL |
| STATE OF MISSOURI, et al., | ) ) ) |
| Defendants. | ) ) |

## ORDER

On March 12, 2007, the United States Magistrate Judge recommended that plaintiff's claims against the State of Missouri be dismissed. The parties were advised they could file written exceptions to the recommendation, pursuant to 28 U.S.C. § 636(b)(1)(C).

The court has conducted a de novo review of the record, including the amended complaint filed by plaintiff on March 22, 2007, in which plaintiff acknowledges the validity of the Report and Recommendation and specifically advises he is amending his complaint in accordance with it. Plaintiff's amended complaint does not name the State of Missouri as a defendant.

IT IS, THEREFORE, ORDERED that the Report and Recommendation of March 12, 2007, is moot. [7]

/s/

NANETTE K. LAUGHREY
United States District Judge

Dated: May 31, 2007
Jefferson City, Missouri