IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION

| | | |
|---|---|---|
| ANTONIO WEBB, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 07-4017-CV-C-NKL |
| | ) | |
| STEVE SMARTWOOD, et al., | ) | |
| | ) | |
| Defendants. | ) | |

### ORDER

On February 26, 2008, United States Magistrate Judge William A. Knox recommended that plaintiff's motion for preliminary injunctive relief be denied. The parties were advised they could file written exceptions to the recommendation, pursuant to 28 U.S.C. § 636(b)(1)(C). No exceptions have been filed.

A review of the record convinces the court that the recommendation of the Magistrate Judge is correct and should be adopted.

IT IS, THEREFORE, ORDERED that the Report and Recommendation of February 26, 2008, is adopted. [91] It is further

ORDERED that plaintiff's motion for preliminary injunctive relief is denied. [57]

/s/

NANETTE K. LAUGHREY
United States District Judge

Dated: April 9, 2008
Jefferson City, Missouri